UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAURENCE ROSENBERG, KELLY M. BROWN, KENNETH CARDARELLE, DEBORAH DESMARAIS, SUAL DOWNES, JASON FAULKNER, ISAIAH JOHNSON, SHIREEN REYAHI, and TRE JUR WILLIAMS, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>  -against-<br><br>BIOREFERENCE LABORATORIES, INC.,<br>     Defendant. | Civil Action No. 2:22-cv-02321 (CCC)(CLW)<br><br>**NOTICE OF UNOPPOSED MOTION FOR APPROVAL OF COLLECTIVE ACTION FAIR LABOR STANDARDS ACT SETTLEMENT AND RELEASE** |

  **PLEASE TAKE NOTICE** that on November 20, 2023, or as soon thereafter as counsel may be heard, Plaintiffs will move this Court, before the Honorable Judge Claire C. Cecchi at the United States District Court, District of New Jersey in Newark, for approval of the Collective Action Fair Labor Standards Act Settlement and Release.

  **PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs shall rely upon this Notice of Motion, the Memorandum of Law in Support of Plaintiff's Motion, the Declaration of Brendan Sweeney and any accompanying exhibits.

Dated: October 20, 2023
    New York, New York

                 _____
                 Nicholas Bittner, Esq.
                 Law Office of Christopher Q. Davis
                 80 Broad Street, Suite 703
                 New York, NY 10004
                 646-430-7930
                 nbittner@workingsolutionsnyc.com

                 *Attorney for Plaintiffs and the Proposed Collective*