UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| LAURENCE ROSENBERG, KELLY M. BROWN, KENNETH CARDARELLE, DEBORAH DESMARAIS, SUAL DOWNES, JASON FAULKNER, ISAIAH JOHNSON, SHIREEN REYAHI, and TRE JUR WILLIAMS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BIOREFERENCE LABORATORIES, INC.,<br><br>Defendant. | Case No. 2:2022-cv-02321 |

**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF COLLECTIVE ACTION FAIR LABOR STANDARDS ACT SETTLEMENT AGREEMENT AND RELEASE, AND ENTERING FINAL JUDGMENT DISMISSING THE CASE WITH PREJUDICE**

WHEREAS Plaintiffs Laurence Rosenberg, Kelly M. Brown, Kenneth Cardarelle, Deborah Desmarais, Sual Downes, Jason Faulkner, Isaiah Johnson, Shireen Reyahi and Tre Jur Williams ("Plaintiffs") have moved for approval of a collective action Fair Labor Standards Act settlement and release; and

WHEREAS, having reviewed and considered the proposed Settlement Agreement dated October 16, 2023 (the "Settlement Agreement"), Plaintiffs' Memorandum of Law, and the Declaration filed in support of Plaintiffs' Motion, the Court is satisfied that the terms and conditions set forth in the Settlement Agreement are the result of good faith, arms' length settlement negotiations and a fair and reasonable resolution of a bona fide dispute in which the interests of the parties were represented by competent and experienced counsel;

**IT IS HEREBY ORDERED**:

1. Plaintiffs' Motion is granted in its entirety;

1

2. The Settlement Agreement is approved in its entirety including, without limitation:

    a. For purposes of this settlement only, notice of the settlement and an opportunity to participate in the settlement as set forth in the Settlement Agreement are authorized for individuals who, at any time from June 1, 2021, to June 30, 2022, as reflected in BioReference's records: (1) were employed by BioReference, The JPI Group, Medix Staffing Solutions, Inc., or All Medical Personnel as hourly (non-exempt) employees; and (2) worked as Cruise Swabbers or Team Leads onboard Royal Caribbean cruise ships.

    b. The award of attorneys' fees to Plaintiffs' attorneys in the amount of $533,280 (to be issued from the settlement fund pursuant to the Settlement Agreement) is approved.

    c. The award of costs to Plaintiffs' attorneys in the amount of $11,226.09 (to be issued from the settlement fund pursuant to the Settlement Agreement) is approved.

    d. Service awards for Plaintiffs as set forth in the Settlement Agreement (to be issued from the settlement fund pursuant to the Settlement Agreement) are approved.

    e. The payment of the Settlement Administrator's fees in the total amount of $36,213.00 (to be issued from the settlement fund pursuant to the Settlement Agreement) is approved.

    f. The Releases of Claims and Covenants Not To Sue in the Settlement Agreement are reasonable, supported by adequate consideration and fully enforceable.

3. Plaintiffs' claims are dismissed with prejudice and (except as otherwise expressly provided in this Order) without costs.

4. Without affecting the finality of this Order in any way, this Court retains jurisdiction over the parties to this action for the purpose of the administration and enforcement of the settlement until the conclusion of the settlement administration process.

5. This case is closed and all other pending motions are denied as moot.

6. Final judgment is hereby entered.

Dated: January 30, 2024

s/ Claire C. Cecchi
Honorable